LAURA HUNT, Appellant, v. ÆTNA LIFE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Order reversed, with ten dollars costs and dis-

bursements, and motion granted. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.